IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHELLEY SHINAVER
O/B/O JBM,

    Plaintiff,

v.                                    CASE NO. 1:12-cv-117-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

Pending before the Court is Plaintiff's unopposed Motion for Extension of Time to File Memorandum of Law.  (Doc. 13.)  Plaintiff requests an extension of time to file her memorandum until October 23, 2012.  Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies Defendant's counsel has been contacted and Defendant does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion for Extension of Time to File Memorandum of Law (Doc. 13) is **GRANTED**.  Plaintiff shall file her memorandum on or before **October 23, 2012**.  Defendant shall file his memorandum on or before **December 26, 2012.**

**DONE AND ORDERED** this 15th day of October, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge